BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF SEARCH OF:<br><br>2810 BECHELLI LANE, SPACE A<br>REDDING, CALIFORNIA | CASE NO.  3:12-SW-00040-CMK<br><br>GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO COMPLETE SEARCH OF DIGITAL DEVICES |
|---|---|

      The United States Attorney, through undersigned counsel, hereby requests that the United States be granted a 75-day extension of time to complete the search of the digital evidence seized pursuant to 3:12-SW-00040-CMK.

      In the search warrant authorized on November 9, 2012, this Court imposed a deadline of 120 days from the date of execution of the warrant for law enforcement to complete the search of the evidence seized pursuant to the warrant.  The search warrant was executed on November 14, 2012.

      The evidence has been transferred to the Homeland Security Investigations (HSI) Reno office. The computer evidence review team at that location received a large volume of digital evidence in November resulting in a backlog.  Although the personnel have attempted to process all digital evidence, they have been unable to process the evidence in this case.  The government has not reviewed or processed the evidence after the 120-day deadline passed.

      Accordingly, the undersigned respectfully requests an extension of 75 days from the date of this application, to July 12, 2013, to provide time for the forensic examiner to finish a review of the digital

1  devices, and then to deliver the evidence sought in the warrant to the case agent.

4  Dated: April 29, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF:<br><br>2810 BECHELLI LANE, SPACE A REDDING, CALIFORNIA | CASE NO.  3:12-SW-00040-CMK<br><br>GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO COMPLETE SEARCH OF DIGITAL DEVICES |

Good cause appearing, the Court hereby orders that the United States may have an additional 75 days, until July 26, 2013,, to complete the search of the items seized in this case.

IT IS SO ORDERED.

**Date:  5/9/2013**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3